UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:16-CV-122-JHM
*Electronically Filed*

Deborah Riney, Administratrix of the
Estate of Joseph A. Riney, Jr., Deceased                                    Plaintiff

v.

GGNSC Louisville St. Matthews, LLC d/b/a Golden LivingCenter – St. Matthews     Defendant

## NOTICE OF REMOVAL

Defendant, GGNSC Louisville St. Matthews, LLC d/b/a Golden LivingCenter – St. Matthews (hereinafter "GLC-St. Matthews"), hereby removes to the United States District Court for the Western District of Kentucky, at Louisville, the action captioned *Deborah Riney, Administratrix of the Estate of Joseph A. Riney, Jr., Deceasd, v. GGNSC Louisville St. Matthews, LLC d/b/a Golden LivingCenter – St. Matthews,* Case No. 16-CI-00648, which is currently pending in Jefferson Circuit Court, in the Commonwealth of Kentucky. As grounds for its removal of the Action, GLC-St. Matthews states:

1.      On February 10, 2016, Deborah Riney, Administratrix of the Estate of Joseph A. Riney, Jr., Deceased, ("Plaintiff") filed a Complaint in Jefferson Circuit Court, Case No. 16-CI-00648. GLC-St. Matthews was served with a summons and a copy of a Complaint on February 16, 2016, through their agent for service of process, Corporation Service Company. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. 1446(a).

2.      Plaintiff is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 16-CI-00648, a citizen of the Commonwealth of Kentucky.

3. GLC-St. Matthews at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 16-CI-00648, was a Delaware limited liability company with its principal place of business in Plano, Texas. Its sole member is GGNSC Equity Holdings, LLC. The sole member of GGNSC Equity Holdings, LLC is Golden Gate National Senior Care, LLC. The sole member of Golden Gate National Senior Care, LLC is GGNSC Holdings, LLC. The sole member of GGNSC Holdings, LLC, is Drumm Corp. Drumm Corp. is a Delaware corporation with its principal place of business in San Fransisco, CA. Therefore, GGNSC Louisville St. Matthews, LLC d/b/a Golden LivingCenter – St. Matthews is a citizen of Delaware and California.

4. This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. 1332(a)(1), and is one that may be removed to this Court pursuant to 28 U.S.C. 1441(a). This is an action between citizens of different states.

5. Based upon admissions in the Complaint attached hereto, Plaintiff seeks in excess of $75,000.00 in damages, exclusive of interest and costs. The Complaint alleges that Mr. Riney suffered accelerated deterioration of his health and physical condition beyond that caused by the normal aging process, as well as injurious falls, medication errors, inappropriate oxygen care, failure to promote dignity by allowing Joseph Riney, Jr., to remain in saturated diapers frequently, delayed responses to requests for care, uninhabitable conditions in Joseph Riney, Jr.'s room by virtue of a lack of air conditioning in the summer months, failure to dress Joseph Riney, Jr., appropriately by leaving him in winter clothing during summer months, failure to provide IVs, dehydration, and death, and seeks punitive and compensatory damages, plus costs to which Plaintiff is entitled by law. Moreover, the Complaint alleges violations of Kentucky's Residents' Rights Statute and seeks attorney fees and recovery under same.

7. This Notice of Removal is filed within thirty (30) days after GLC-St. Matthews, received a copy of Plaintiff's Complaint on February 16, 2015, as required by 28 U.S.C. 1446(b).

8. A copy of this Notice of Removal will simultaneously be filed with the Clerk for the Jefferson Circuit Court, in the Commonwealth of Kentucky and served upon counsel of record.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

/s/ Marcia L. Pearson
Marcia L. Pearson
Edward M. O'Brien
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: (502) 238-8500
Facsimile: (502) 238-7995
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 25, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Marcia L. Pearson

And that a copy of the foregoing was served via first class U.S. Mail, postage prepaid, on the following:

Jeffrey T. Sampson
The Sampson Law Firm
450 South Third Street, 4th Floor
Louisville, Kentucky 40202

                                              /s/ Marcia L. Pearson
                                              Marcia L. Pearson
                                              Edward M. O'Brien
                                              marcia.pearson@wilsonelser.com
                                              edward.obrien@wilsonelser.com
                                              100 Mallard Creek Road, Suite 250
                                              Louisville, KY 40207
                                              Telephone: (502) 238-8500
                                              Facsimile: (502) 238-7995
                                              *Counsel for Defendant*