UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO.3:16-CV-122-JHM
*Electronically Filed*

Deborah Riney, Administratrix of the
Estate of Joseph A. Riney, Jr., Deceased                                                                    Plaintiff

v.

GGNSC Louisville St. Matthews, LLC
d/b/a Golden LivingCenter – St. Matthews                                                                Defendant

## AGREED ORDER OF DISMISSAL

      Plaintiff, Deborah Riney, Administratrix of the Estate of Joseph A. Riney, Jr., Deceased, and Defendant, GGNSC Louisville St. Matthews, LLC d/b/a Golden LivingCenter – St. Matthews, through counsel, hereby agree to the dismissal of this lawsuit **WITH PREJUDICE ,** and each party shall bear its own costs.

      SO ORDERED

*[Signature]*
**Joseph H. McKinley, Jr., Chief Judge
United States District Court**

April 24, 2017

8091500v.1

Respectfully submitted,

| | |
|---|---|
| */s/Marcia L. Pearson* | */s/Jeffrey T. Sampson* (with permission) |
| Marcia L. Pearson | Jeffrey T. Sampson, |
| **WILSON ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP** | The Sampson Law Firm |
| 100 Mallard Creek Road, Suite 250 | 450 South Third Street, 4th Floor |
| Louisville, KY 40207 | Louisville, Kentucky 40202 |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

8091500v.1